IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**VERNALD L NISWANDER,**

    Plaintiff,

v.                                    **CASE NO. 1:06-cv-00014-MP-AK**

**JO ANNE B BARNHART,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Response to the Court's show cause Order. (Doc. 17). Plaintiff's wife has written the Court indicating that Plaintiff wishes to proceed with this case and is awaiting medical records, presumably to assist him in preparing a memorandum. Thus, the Court will hereby grant Plaintiff an additional thirty days or through **November 10, 2006**, to obtain the necessary medical records and file a brief outlining the errors made by the Administrative Law Judge in denying Plaintiff disability benefits.

    **DONE AND ORDERED** this _**10th**_ day of October, 2006

                                        s/ A. KORNBLUM
                                        **ALLAN KORNBLUM
                                        UNITED STATES MAGISTRATE JUDGE**