IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


VERNALD L NISWANDER,

      Plaintiff,

v.                                       CASE NO. 1:06-cv-00014-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

      Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 24, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be

affirmed.  The time for filing objections has passed, and none have been filed.  The Court agrees

with the Magistrate Judge that insofar as Plaintiff complains that the record was incomplete

because his attorney failed to provide the ALJ with his complete medical record, ultimately he

has the burden of proving his disability during the insured period. Moore v. Barnhart, 405 F.3d

1208, 1211 (11th Cir. 2005).  If his attorney did not provide the records on his behalf, there is no

reason whatsoever that Plaintiff himself could not provide the records either after the hearing,

before the Appeals Council or when he filed the complaint in this Court.

      Additionally,  Plaintiff himself created the problem he finds himself in, by waiting ten

years after his alleged onset date to seek disability benefits.  Such a delay renders the task of

obtaining medical records considerably more difficult.  In any event, the Court agrees with

the Magistrate Judge that Plaintiff simply failed to carry his burden of proving disability.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation is adopted and incorporated herein.

2.      The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *25th*   day of September, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge