IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNALD L NISWANDER,

    Plaintiff,

v.                                       CASE NO. 1:06-cv-00014-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 28, Motion to reconsider the order adopting the Report and Recommendation of the Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be affirmed. The Court has reviewed the objections and nothing therein gives the Court reason to reconsider the ruling that Plaintiff simply failed to carry his burden of proving disability. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Motion for reconsideration, doc. 28, is denied.

**DONE AND ORDERED** this *19th* day of December, 2007

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge